UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JTWAIN KING,<br><br>              Plaintiff,<br><br>   v.<br><br>AT&T CORP., GOLDMAN SACHS BANK USA, EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS INC., TRANSUNION LLC, CREDENCE RESOURCE MANAGEMENT LLC,<br><br>              Defendants. | CASE NO. **2:25-cv-02270-LK**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, DKT. 1** |

The Court **GRANTS** the application to proceed in forma pauperis (Dkt. 1) under 28 U.S.C § 1915(a)(1). The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED this 13th day of November, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge