UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JTWAIN KING,<br><br>                Plaintiff,<br>   v.<br><br>AT&T CORP., et al.,<br><br>               Defendants. | CASE NO. 2:25-cv-02270-LK<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR SERVICE OF PROCESS |

This matter comes before the Court on Plaintiff's Motion for Service of Process by the U.S. Marshal Service. Dkt. No. 6. Plaintiff is proceeding in forma pauperis under 28 U.S.C. § 1915(a), Dkt. No. 3, and has requested that the Court issue and serve all process to Defendants, Dkt. No. 6. Pursuant to 28 U.S.C. § 1915(d) and Federal Rule of Civil Procedure 4(c)(3), the Court GRANTS IN PART Plaintiff's motion as follows:

It is hereby ORDERED that:

1. The Clerk of the Court is directed to request a waiver of service of summons in accordance with the provisions of Federal Rule of Civil Procedure 4(d) to the following Defendants: Credence Resource Management LLC, AT&T Corp., Equifax Information Services LLC, and Experian Information Solutions Inc. *See* Dkt. No. 6-1 at 12–14, 45–47, 56–58. To those Defendants, the Clerk shall send

       a copy of the Complaint (Dkt. No. 4), a copy of the relevant completed summons, a copy of this Order, two copies of the notice of lawsuit and request for waiver of service of summons, and a return envelope, postage prepaid, addressed to the Clerk's Office. *See* Fed. R. Civ. P. 4(d).

    a. At this time, the Clerk shall not request a waiver of service as to the summonses addressed to Goldman Sachs Bank USA and Transunion LLC, Dkt. No. 6-1 at 1–3, 34–36. The Court is unable to verify that Goldman Sachs Bank USA is incorporated in Washington, with "C T Corporation System" in Olympia, WA as its registered agent to accept service for Goldman Sachs Bank USA, *id.* at 1–3; Dkt. No. 4 at 6, or that Transunion LLC is incorporated in Washington, with "Corporation Service Company" in Tumwater, WA as its registered agent to accept service, Dkt. No. 6-1 at 34–36; Dkt. No. 4 at 10. *See* Washington State Corporations and Charities Filing System, Search Results for "Goldman Sachs Bank USA" and "Transunion LLC," https://ccfs.sos.wa.gov/#/AdvancedSearch.[1]

    b. Should she request corrected summonses addressing the issues identified above or otherwise provide proof that the current summonses correctly list the defendants' registered agents, Plaintiff may file a new motion for service as to Goldman Sachs Bank USA and Transunion LLC. Absent any correction, Plaintiff's motion to have these Defendants served by the United States Marshal Service is DENIED.

2. The Clerk of Court is directed to retain the summonses and a copy of the Complaint in their file for future use.

3. The Clerk of Court shall file returned waivers of service of summons as well as any requests for waivers that are returned as undelivered as soon as they are received.

4. Defendants shall respond to complaint within the time provided by the applicable provisions of Federal Rule of Civil Procedure 12(a). A Defendant who fails to timely return the signed waiver may be personally served with a summons and complaint and may be required to pay the full costs of such service. *See* Fed. R. Civ. P. 4(d)(2).

5. Should Defendants not waive service, the Court will order service by the United States Marshal as necessary.

Dated this 29th day of December, 2025.

Lauren King
United States District Judge

---

[1] *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (a court "may take judicial notice of court filings and other matters of public record").

ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR SERVICE OF PROCESS - 2