UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JTWAIN KING,

                Plaintiff,

     v.

AT&T CORP., et al.,

                Defendants.

CASE NO. 2:25-cv-02270-LK

ORDER DIRECTING SERVICE BY
THE UNITED STATES MARSHAL

This matter comes before the Court on Plaintiff Jtwain King's motion for service by United States Marshal as to Defendant Equifax Information Services LLC, Dkt. No. 22, and her Urgent Notice Regarding Impending Rule 4(m) Deadline and Request for Immediate Action, Dkt. No. 24, which the Court leniently construes as a motion for extension of time to complete service upon Equifax.

On December 29, 2025, this Court directed the Clerk of Court to request a waiver of service of summons in accordance with the provisions of Federal Rule of Civil Procedure 4(d) to Equifax Information Services LLC. Dkt. No. 9 at 1–2. The Court noted that it would "order service by the United States Marshal as necessary" if a defendant did not waive service. *Id.* at 2.

ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHAL - 1

Because 30 days have elapsed since the Clerk of Court requested a waiver of service from Equifax Information Services LLC and no waiver has been filed as to that defendant, the Court finds service by the United States Marshal appropriate under 28 U.S.C. § 1915(d). The Court therefore directs the United States Marshal to personally serve the following items on Equifax Information Services LLC pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c):

- The completed summons for Equifax Information Services LLC dated November 24, 2025. Dkt. No. 8 at 9–10.
- King's complaint dated November 13, 2025. Dkt. No 4.
- A copy of this Court's order dated December 29, 2025. Dkt. No. 9.
- A copy of this order. Dkt. No. 26.

Within 10 days after personal service is effectuated, the United States Marshal shall file the return of service for Equifax Information Services LLC, along with the costs incurred in effecting service on Equifax Information Services LLC. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the summons and complaint and for preparing new USM-285 forms, if required. Costs of service will be taxed against the personally served defendant in accordance with the provisions of Federal Rule of Civil Procedure 4(d)(2).

Equifax Information Services LLC shall respond to the Complaint within the time provided by the applicable provisions of Federal Rule of Civil Procedure 12(a).

For good cause, the Court grants an extension of time in which King must serve Equifax Information Services LLC until 60 days from the date of this Order.

Dated this 9th day of February, 2026.

Lauren King
United States District Judge

ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHAL - 2