THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JTWAIN KING,

        Plaintiff,

    v.

AT&T CORP.; GOLDMAN SACHS BANK USA (APPLE CARD); EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and CREDENCE RESOURCE MANAGEMENT LLC,

        Defendants.

Case No. 25-cv-02270-LK

**NOTICE OF APPEARANCE**

**[CLERK'S ACTION REQUIRED]**

TO:       CLERK OF THE COURT;

AND TO:    ALL PARTIES AND COUNSEL OF RECOPRD

PLEASE TAKE NOTICE that Alissa N. Harris of Stoel Rives LLP hereby appears in the above-entitled action as counsel for Defendant Experian Information Solutions, Inc. All further service, papers, and proceedings in this case should be served upon counsel by leaving a copy with the attorney at the address below.

///

///

DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF APPEARANCE (25-CV-02270-LK) - 1

152882758.1 0030176-00439

DATED: June 11, 2026                    STOEL RIVES LLP


                                        *s/Alissa N. Harris*
                                        ALISSA N. HARRIS, WSBA No. 59368
                                        ali.harris@stoel.com
                                        600 University Street, Suite 3400
                                        Seattle, WA  98101
                                        Telephone:  206.624.0900
                                        Facsimile:  206.386.7500

                                        *Attorney for Experian Information Solutions, Inc.*

DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF
APPEARANCE (25-CV-02270-LK) - 2

152882758.1 0030176-00439