Honorable Lauren King

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

JTWAIN KING,

          Plaintiff,

    vs.

AT&T CORP., GOLDMAN SACHS BANK USA (APPLE CARD), EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC, and CREDENCE RESOURCE MANAGEMENT LLC

          Defendant.

Case No. 2:25-cv-02270-LK

**THOMAS N. ABBOTT'S NOTICE OF WITHDRAWAL AS COUNSEL FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

Pursuant to LCR 83.2(b)(3), the undersigned, respectfully files this Notice of Withdrawal as Counsel for Defendant Experian Information Solutions, Inc. in this proceeding. This case has been transferred to another law firm for representation and service as lead counsel. Experian will continue to be represented by Alissa N. Harris of Stoel Rives LLP. Ms. Harris is admitted to this Court and filed a notice of appearance on June 11, 2026 [Dkt. No. 58].

PLEASE TAKE FURTHER NOTICE that the undersigned counsel of Troutman Pepper Locke LLP requests to be removed from all service lists in this case, including the Court's CM/ECF electronic notification list.

EXPERIAN'S ANSWER AND AFFIRMATIVE DEFENSES
TO THE PLAINTIFF'S COMPLAINT - 1
Case No. 2:25-cv-02270-LK

TROUTMAN PEPPER LOCKE LLP
100 SW Main Street, Suite 1000
Portland, Oregon 97204
T: 503.290.2322

Dated: June 12, 2026                                    Respectfully submitted,


TROUTMAN PEPPER LOCKE LLP                        STOEL RIVES LLP


*/s/ Thomas N. Abbott*                                   */s/*
Thomas N. Abbott (WSBA No. 53024)                Alissa N. Harris, WSBA No. 59368
100 SW Main Street, Suite 1000                       600 University Street, Suite 3400
Portland, Oregon 97204                                  Seattle, WA  98101
Telephone: 503.290.2322                                Telephone:  206.624.0900
Email: thomas.abbott@troutman.com                  Facsimile:  206.386.7500
                                                            Email: ali.harris@stoel.com
*Attorney for Defendant*
*Experian Information Solutions, Inc.*                  *Attorney for Defendant*
                                                            *Experian Information Solutions, Inc.*

EXPERIAN'S ANSWER AND AFFIRMATIVE DEFENSES
TO THE PLAINTIFF'S COMPLAINT - 2
Case No. 2:25-cv-02270-LK

TROUTMAN PEPPER LOCKE LLP
100 SW Main Street, Suite 1000
Portland, Oregon 97204
T: 503.290.2322

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 12, 2026, I served on the interested parties to this action a true and correct copy of the foregoing document.

☐ **BY ELECTRONIC SERVICE**:  I caused the document to be sent to the persons at the e-mail addresses, as last given or submitted on any document which he or she has filed in the case, listed below.  My electronic service address is Celeste.Ruan@troutman.com.

☒ **BY MAIL:**  I caused the document to be sent by U.S. Mail to the persons at the addresses, as last given or submitted on any document which he or she has filed in the case, listed below.

Jtwain King
11600 Military Road S, Apt. 201
Seattle, Washington 98168

Email: jtwainking@gmail.com

Pro Se Plaintiff

I declare that I am employed in the office of the member of the bar of this court under whose direction the service was made.  Executed on June 12, 2026, in San Diego, California.

_____
/s/ Audrey Cooper
Audrey Cooper

EXPERIAN'S ANSWER AND AFFIRMATIVE DEFENSES
TO THE PLAINTIFF'S COMPLAINT - 3
Case No. 2:25-cv-02270-LK

TROUTMAN PEPPER LOCKE LLP
100 SW Main Street, Suite 1000
Portland, Oregon 97204
T: 503.290.2322