The Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JTWAIN KING,

          Plaintiffs,

   v.

AT&T CORP.; GOLDMAN SACHS BANK
USA; EQUIFAX INFORMATION SERVICES
LLC; EXPERIAN INFORMATION
SOLUTIONS INC.; and CREDENCE
RESOURCE MANAGEMENT LLC,
          Defendants.

Case No. 2:25-cv-02270-LK

**NOTICE OF APPEARANCE FOR
DEFENDANTS AT&T CORP., AND
CREDENCE RESOURCE
MANAGEMENT, LLC.**

*Clerk's Action Required*

PLEASE TAKE NOTICE that Rossi F. Maddalena of Merrick, Hofstedt & Lindsey, P.S.

hereby appears as counsel for Defendant AT&T Corp., and Defendant Credence Resource

Management LLC in this case. This appearance is made without waiving any defenses, including

(but not limited to) any defenses based on jurisdiction, venue, forum non conveniens, service,

and/or statue of limitations.

DATED this 16th day of June, 2026.

MERRICK, HOFSTEDT & LINDSEY, P.S.

By: */s/ Rossi F. Maddalena*
Rossi F. Maddalena, WSBA #39351
rmaddalena@mhlseattle.com
3101 Western Avenue, Suite 200
Seattle, WA 98121
Telephone: (206) 467-2646
*Attorney for Defendant AT&T Corp, and
Credence Resource Management LLC*

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties or their counsel of record.

EXECUTED this 16th day of June, 2026, at Seattle, Washington.

/s/ Gloria Angelin
Gloria Angelin, Legal Assistant
gangelin@mhlseattle.com

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610