The Honorable Lauren King
United States District Court Judge

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

# AT SEATTLE

JTWAIN KING,

                 Plaintiff,

   v.

CRM CORP.; GOLDMAN SACHS BANK
USA; EQUIFAX INFORMATION
SERVICES LLC; EXPERIAN
INFORMATION SOLUTIONS INC.; and
CREDENCE RESOURCE MANAGEMENT
LLC,

                 Defendants.

Case No.: 2:25-cv-02270-LK

**DEFENDANT CREDENCE RESOURCE MANAGEMENT, LLC'S RESPONSE TO PLAINTIFF'S UNILATERAL LCR 37 SUBMISSION AND MOTION TO COMPEL PRODUCTION**

NOW COMES defendants AT&T Mobility, incorrectly named as AT&T Corp. ("AT&T") and Credence Resource Management, LLC ("CRM"), by and through undersigned counsel, and submits the following response to Plaintiff's Unilateral LCR 37 Submission and Motion to Compel Production.

On June 10, 2026, AT&T and CRM (collectively, "defendants") separately served plaintiff with objections to plaintiff's requests for admissions, requests for production and interrogatories. *See Plaintiff's motion, Dkt. 65, p. 2.* Defendants' objections to those discovery requests highlighted that defendants' counsel was in the process of substituting new counsel, as prior counsel Robert Sabido, was recovering from major surgery. The objections were served to preserve defendants' rights while also requesting that plaintiff cooperate to reach an agreement on

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610

an extension of the due date. Plaintiff was unwilling to do so, compelling defendants to serve objections only at that time.

As defendants committed in the objections served on June 10, 2026, supplemental and substantive responses to plaintiff's discovery responses were served on plaintiff by Credence on June 30, 2026 and by AT&T on July 1, 2026. The responses and production by both CRM and AT&T were complete.

Plaintiff's current motion is also not ripe because there was not a good faith effort to meet and confer. Defendants did request that plaintiff agree to meet and confer at a date and time other than the time unilaterally selected by plaintiff due to a substitution of counsel occurring at the same time, with defendants providing several alternative dates within 1 week of plaintiff's self-imposed deadline. Plaintiff refused. *See email chain attached as Exhibit A.* Contrary to plaintiff's contention, defendants did not refuse to participate in a meet and confer process. Counsel for defendants had enrolled in the case the day plaintiff insisted that the meet and confer occur, at a time when defendants' counsel would be unprepared to talk about the prior discovery in any material or substantive way. Defendants even continued to request a meet and confer to resolve the need of this motion with plaintiff after plaintiff filed the motion to compel. Plaintiff refused that request as well. *See email chain attached as Exhibit B.*

As plaintiff jumped the gun on the current motion without a good faith effort to meet and confer, and as defendants have answered plaintiff's discovery requests in full, defendants submit that plaintiff's motion to compel is moot. The Court should deny plaintiff's motion as it relates to AT&T CRM.

For this same reason, the Court should deny plaintiff's request for sanctions. Any sanction is inappropriate as the request for sanctions is excessive and inappropriate when, as here, defendants' counsel has attempted in good faith to address plaintiff's discovery concerns, had a scheduling issue arise due to prior counsel's personal issues, defendants have promptly supplemented their discovery responses and there is no demonstrated prejudice to plaintiff.

DEFENDANT CREDENCE RESOURCE MANAGEMENT, LLC'S
RESPONSE TO PLAINTIFF'S UNILATERAL LCR 37 SUBMISSION AND
MOTION TO COMPEL PRODUCTION
Page 2 of 3

WHEREFORE, based on the foregoing, defendants AT&T and CRM request that this Court deny plaintiff's motion to compel.

Dated: July 2, 2026

Respectfully submitted,

*/s/ Rossi F. Maddalena*
Rossi F. Maddalena, WSBA #39351
MERRICK, HOFSTEDT & LINDSEY, P.S.
3101 Western Avenue, Suite 200
Seattle, WA 98121
Telephone:  (206) 682-0610
Email:  rmaddalena@mhlseattle.com

James K. Schultz (pro hac vice)
SESSIONS, ISRAEL & SHARTLE, LLC
4747 Morena Blvd., Suite 358
San Diego, California  92117
Telephone: (619) 296-2018
Email: jschultz@sessions.legal

*Attorneys for Defendants AT&T Mobility and Credence Resource Management, LLC*

### CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties or their counsel of record.

EXECUTED this 3rd day of July, 2026, at Federal Way, Washington.

*/s/ Gloria Angelin*
Gloria Angelin, Legal Assistant
gangelin@mhlseattle.com

DEFENDANT CREDENCE RESOURCE MANAGEMENT, LLC'S
RESPONSE TO PLAINTIFF'S UNILATERAL LCR 37 SUBMISSION AND
MOTION TO COMPEL PRODUCTION
Page 3 of 3

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610