The Honorable Lauren King
United States District Court Judge

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

### AT SEATTLE

JTWAIN KING,

                Plaintiff,

     v.

CRM CORP.; GOLDMAN SACHS BANK
USA; EQUIFAX INFORMATION
SERVICES LLC; EXPERIAN
INFORMATION SOLUTIONS INC.; and
CREDENCE RESOURCE MANAGEMENT
LLC,

               Defendants.

Case No.: 2:25-cv-02270-LK

**DECLARATION OF JAMES K. SCHULTZ**

I, James K. Schultz, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1.     I am counsel of record for defendant Credence Resource Management LLC and AT&T Mobility (collectively, "defendants"), in the above captioned matter. Everything stated in this Declaration is based on my personal knowledge.

2.     On June 18, 2026, I received an email from plaintiff related to the scheduling of a meet and confer conference. In that thread, plaintiff advised that plaintiff was "strictly" available on June 18, 2026 at 2:30 p.m. and rejected defendants' request to reschedule the conference to the

DECLARATION OF JAMES K. SCHULTZ
Page 1 of 3

next week.  A true and accurate copy of the email thread is attached as Exhibit A to defendants' opposition to plaintiff's motion to compel.

3.     On June 29, 2026, I exchanged emails with plaintiff requesting a meet and confer to resolve the discovery dispute.  A true and accurate copy of the email thread is attached as Exhibit B to defendants' opposition to plaintiff's motion to compel.

4.     I declare under penalty of perjury that the foregoing is true and correct.

Executed July 1, 2026.

Dated:     July 2, 2026

Respectfully submitted,

/s/ *James K. Schultz*
James K. Schultz (pro hac vice)
SESSIONS, ISRAEL & SHARTLE, LLC
4747 Morena Blvd., Suite 358
San Diego, California  92117
Telephone: (619) 296-2018
Email: jschultz@sessions.legal

*Attorney for Defendants AT&T Mobility and Credence Resource Management, LL*

DECLARATION OF JAMES K. SCHULTZ
Page 2 of 3

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON  98121
(206) 682-0610

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties or their counsel of record.

EXECUTED this 3rd day of July, 2026, at Federal Way, Washington.

*/s/ Gloria Angelin*
Gloria Angelin, Legal Assistant
MERRICK, HOFSTEDT & LINDSEY, P.S.
3101 Western Avenue, Suite 200
Seattle, Washington 98121
Phone: (206) 682-0610
Email: gangelin@mhlseattle.com

DECLARATION OF JAMES K. SCHULTZ
Page 3 of 3

Exhibit A

 Outlook

---

**Re: 999-1625: King v. AT&T Corp. et al. (2:25-cv-02270-LK) - LCR 37 and Proposed Order**

---

**From** Luxuri King <jtwain.king@gmail.com>

**Date** Thu 6/18/2026 11:01 AM

**To** Rossi F. Maddalena <RMaddalena@mhlseattle.com>

**Cc** James K. Schultz <jschultz@sessions.legal>; Gloria Angelin <gangelin@mhlseattle.com>; Robert E. Sabido <robert@sabidolawllc.com>

Mr. Maddalena, Mr. Schultz,

Welcome to the case, I see the clerk just formally entered the text order admitting you pro hac. However, your arrival on the docket does not excuse statutory federal deadlines or  AT&T and Credence's active discovery defaults, as local counsel of record, Mr. Maddalena/Mr. Sabido remain fully responsible for handling these matters and maintaining this timeline before the Court. I cannot agree to postpone our mandatory rule obligation until next week

I intend to proceed with my LCR 37 submission tomorrow. I will be attaching newly produced discovery provided by experian, To demonstrate that your clients possessed direct knowledge of the fraud while serving contradictory, unverified boilerplate objections. In order to fulfill LCR 37 requirements, I remain strictly available for our scheduled telephone conference TODAY, at 2:30 PM PT. Again I will dial your office line at that exact time to note your clients' official positions on the missing corporate verifications and privilege logs and any other points you wish to discuss from the sent draft. Once more If your office fails to answer my call today, I will officially note your total non-participation in my unilateral filing tomorrow.

Respectfully,
JT King ✨

On Thu, 18 Jun 2026 at 10:38, Rossi F. Maddalena <RMaddalena@mhlseattle.com> wrote:

> **Ms. King,**
>
> **I am adding @James K. Schultz to the email as he has recently been admitted pro hac (Dkt. #64) and will be taking lead on further discussions of this discovery issue.**
>
> **We are available for a call next week, Tuesday or Wednesday after 1:30 p.m. PST. Can you please advise of your preferred date/time for that call?**
>
> **Look forward to discussing further,**
>
> **RM**
>
> MHL  MERRICK | HOFSTEDT | LINDSEY

**Rossi F. Maddalena** (his/him)
Managing Director/Shareholder

Merrick, Hofstedt & Lindsey, P.S.
3101 Western Avenue, Suite 200
Seattle, WA 98121

Cell Phone: (360) 220-7773
Direct Dial:  (206) 467-2646
Telephone:  (206) 682-0610
Email:  rmaddalena@mhlseattle.com
Visit our website:  www.mhlseattle.com

**Confidentiality and Privilege Notice:  This email and any attachments are for the sole use of the intended recipient(s) and contain information that may be confidential and/or legally privileged. If you have received this email in error, please notify the sender by reply email or by collect call to (206) 682-0610 and delete the message. Any disclosure, copying, distribution or use of this communication by someone other than the intended recipient is prohibited.**

---

**From:** Luxuri King <jtwain.king@gmail.com>
**Sent:** Wednesday, June 17, 2026 1:00 PM
**To:** Rossi F. Maddalena <RMaddalena@mhlseattle.com>
**Cc:** Gloria Angelin <legalassistantii@mhlseattle.com>; Robert E. Sabido <robert@sabidolawllc.com>
**Subject:** Re: 999-1625: King v. AT&T Corp. et al. (2:25-cv-02270-LK) - LCR 37 and Proposed Order

    You don't often get email from jtwain.king@gmail.com. Learn why this is important

Mr. Maddalena & Mr. Sabido,

I apologize, I assumed Mr. Sabido had planned to withdraw. Just to be absolutely clear, Mr. Sabido's prior correspondence is the precise subject of this dispute. Relying on those responses does not cure the fact that AT&T and Credence are currently in severe violation of federal rules as I noted in detail below. Since your office has failed to select a phone conference time slot for tomorrow, Thursday, June 18, I am giving your clients a final opportunity to comply with the applicable local rules. I am locking in Thursday, at 2:30 PM PT as your final designated slot to meet and confer with me regarding the attached LCR 37 draft and to provide your responses. If your office fails to confirm this time slot ( or an alternative)  by 5:00 PM PT today, or fails to answer the call at the number (206) 682-0610 tomorrow, I will officially note that AT&T and Credence have completely refused to participate in the mandatory meet and confer process and will proceed to file my LCR 37 submission unilaterally on Friday. I will continue to seek appropriate evidentiary sanctions and cost recoveries.

Respectfully,
JT King✨

On Wed, 17 Jun 2026 at 12:03, Rossi F. Maddalena <RMaddalena@mhlseattle.com> wrote:

> **Ms. King,**
>
> **Thank you for the email.  As you note, we just appeared in this matter and are coming up to speed.  I have not reviewed all the documents referenced yet but will do so.**

**That said, I understand you were already provided a response to your concerns by Mr. Sabido (copied here) and I would refer you to that correspondence.  I would also ask that you please make sure to copy all counsel in the future regarding case communications.**

**I look forward to working with you,**

**RM**

MERRICK | HOFSTEDT | LINDSEY

**Rossi F. Maddalena** (his/him)
Managing Director/Shareholder

Merrick, Hofstedt & Lindsey, P.S.
3101 Western Avenue, Suite 200
Seattle, WA 98121

Cell Phone: (360) 220-7773
Direct Dial:  (206) 467-2646
Telephone:  (206) 682-0610
Email:  rmaddalena@mhlseattle.com
Visit our website:  www.mhlseattle.com

**Confidentiality and Privilege Notice:  This email and any attachments are for the sole use of the intended recipient(s) and contain information that may be confidential and/or legally privileged. If you have received this email in error, please notify the sender by reply email or by collect call to (206) 682-0610 and delete the message. Any disclosure, copying, distribution or use of this communication by someone other than the intended recipient is prohibited.**

---

**From:** Luxuri King <jtwain.king@gmail.com>
**Sent:** Tuesday, June 16, 2026 6:13 PM
**To:** Rossi F. Maddalena <RMaddalena@mhlseattle.com>
**Cc:** Gloria Angelin <legalassistantii@mhlseattle.com>
**Subject:** King v. AT&T Corp. et al. (2:25-cv-02270-LK) - LCR 37 and Proposed Order

    You don't often get email from jtwain.king@gmail.com. Learn why this is important

Mr. Maddalena,

I am the Plaintiff in the matter at hand, Welcome to the case.

I see that your Notice of Appearance on behalf of Defendants AT&T Corp. and Credence Resource Management LLC was placed on the docket today. As you review the files, you will note that your clients are currently in severe discovery default regarding responses served by Mr. Sabido on June 10, 2026. Specifically, your clients failed to provide corporate verifications under oath (FRCP 33) and completely failed to produce a privilege log, resulting in a total waiver of all objections and tracking privileges under Ninth Circuit precedent (Burlington Northern).

To fulfill the mandatory requirements of LCR 37(a)(1), I am providing a formal written agenda and scheduling of a telephone conference to fulfil the meet and confer requirement before filing my LCR 37 (attached). I am available to meet on Thursday, June 18, 2026, at either before or after 1PM. Please confirm a time slot that works for your office and provide your preferred call-in number. Please be advised that I am allocating 30 minutes or so for this conference. I am strictly available to discuss the specific discovery deficiencies outlined in the agenda below. Note: If the conversation steers into unauthorized topics including settlement negotiations or timeline extensions, I will immediately conclude the call and note that the meet and confer has ceased due to an impasse.

My Proposed Agenda:

Deficiency Item #1: Lack of Corporate Verifications
Your client's submission includes a complete lack of separate corporate verifications under oath signed by authorized corporate officers of AT&T and Credence separately as strictly mandated by FRCP 33(b)(5).

Deficiency Item #2: Total Privilege Waiver
(A).Your Clients submission includes a total waiver of privileges, trade secrets, and proprietary objections due to their failure to serve a  privilege log as governed under Burlington Northern.
(B). Reviewing the immediate production of unredacted debt purchase agreements, call logs, and internal communications.

Lastly..
Confirmation of the Friday, June 19, 2026, deadline for the return of your completed "Defendant's Position" text blocks for the LCR 37 Submission. Please confirm your selected time slot by EOD tomorrow (Wednesday, June 17, 2026), If I do not receive a confirmation by that time, I will note your clients non-participation and proceed to file my LCR 37 submission unilaterally, I will be attaching this notice to demonstrate my exhausted, diligent efforts to confer Including numuris with previous counsel Mr. Sabido.

Again, Welcome to the case. I look forward to your response.

Respectfully,
JT King ✨

--
Respectfully,
JT King ✨

--
Respectfully,
JT King ✨

# Exhibit B

 Outlook

---

**Re: (2:25-cv-02270-LK) – King v. AT&T Corp. et al. – Credence & AT&T discovery supplementation (SIS 5819-58237 & 11099-58011)**

---

**From** Luxuri King <jtwain.king@gmail.com>

**Date** Mon 6/29/2026 3:37 PM

**To** James K. Schultz <jschultz@sessions.legal>

**Cc** Rossi F. Maddalena <RMaddalena@mhlseattle.com>

Mr. Schultz & Mr. Maddalena.

I note your clients intent to serve supplemental responses for Credence by this Wednesday no later than weeks end. Now regarding AT&T, **I do not consent** to an extension, I decline your last minute request to hold a phone conference this afternoon or tomorrow regarding your proposed motion. I have no prepared proposed agenda or verbal talking points for an extension discussion beyond my absolute opposition. This email serves as my official response. I am prepared to fully participate in a phone conference, but not blind and not this last minute. My opposition to your request is rooted directly in the timeline as well: On April 27: I served discovery requests. AT&T has actively held these requests for 63 days as of today. On May 27: I agreed to your clients proposed extension granted to, June 10: Even after all that AT&T missed its deadline by responding with insufficient responses, zero corporate verifications and no privilege log as required, among others. I see no good cause for this motion. AT&T has already had the entire month of May,June and the safe harbor window leading into the noting date to provide a response. Asking for an additional 21 days on top of that is unreasonable. I have good cause to oppose and will. Should your clients choose to proceed I ask that you attach this written correspondence as an exhibit  to accurately reflect my total opposition and the parameters of our 'conferral' on the record

I look forward to hearing from you both.

Respectfully,

JT King ✨

On Mon, 29 Jun 2026 at 14:00, James K. Schultz <jschultz@sessions.legal> wrote:

> Ms. King:
>
>
> We are finalizing a supplemental response to your discovery requests for Credence and expect to have them served no later than the end of this week, and hopefully by Wednesday.

The supplemental responses from AT&T are going a bit slower.  We are going to file motion asking the Court for an extra 21 days for AT&T to serve the responses.   We will need to meet and confer about this motion.  Are you available this afternoon or tomorrow to meet and confer?

We will need to get the motion on file soon so I need to meet and confer by no later than tomorrow.

Thanks.

**James K. Schultz**,  **Attorney**
**SESSIONS, ISRAEL & SHARTLE**

Direct:   619-296-2018   Mobile:   312-504-3485
www.sessions.legal   jschultz@sessions.legal
Download V-card   Bio
4747 Morena Blvd, Suite 358,  San Diego,  CA  92117-3468
Main:   504-828-3700

__tpx__

**From:** Jtwain King <jtwain.king@gmail.com>
**Sent:** Tuesday, June 23, 2026 2:00 PM
**To:** James K. Schultz <jschultz@sessions.legal>
**Subject:** Re: (2:25-cv-02270-LK) – King v. AT&T Corp. et al. – Plaintiff's Proposed Orders

Mr. Schultz

You're welcome to produce documents as you see fit, I do not agree to any such extension. If you recall I offered your clients an extension with the settlement to drop the entire motion, your clients denied as will I now, I intend to wait until the court makes a decision.

Thank you for your time

Respectfully,

JT King✨

On Jun 23, 2026, at 11:20 AM, James K. Schultz <jschultz@sessions.legal> wrote:


We are prepared to produce documents. I would like to do so by July 20.  Agreed?


**James K. Schultz**,  **Attorney**

**SESSIONS, ISRAEL & SHARTLE**

Direct:   619-296-2018   Mobile:   312-504-3485

www.sessions.legal   jschultz@sessions.legal

Download V-card   Bio

4747 Morena Blvd, Suite 358,   San Diego,   CA  92117-3468

Main:   504-828-3700


__tpx__

---

**From:** Jtwain King <jtwain.king@gmail.com>
**Sent:** Tuesday, June 23, 2026 12:20 PM
**To:** James K. Schultz <jschultz@sessions.legal>
**Subject:** Re: (2:25-cv-02270-LK) – King v. AT&T Corp. et al. – Plaintiff's Proposed Orders


Mr. Schultz,


If your clients are not prepared to produce the disputed discovery, there is nothing left to discuss. I do not agree to any such extension, If your clients are prepared to produce the discovery, please put your proposal in writing with specific dates and terms. And I'd love to discuss a schedule. Otherwise, I intend to let the Court decide.


Respectfully,
JT King ✨

On Jun 22, 2026, at 4:17 PM, James K. Schultz <jschultz@sessions.legal> wrote:

Ms. King:

What I was hoping to discuss, at a high level, is timing for supplementing the discovery responses, and the need for a protective order.

I am just getting involved in this case as Tuan just went on paternity leave – earlier than we all expected – and I will prioritize the discovery responses but need time to work with both AT&T and Credence to get the information and documents.

In my experience, the courts generally appreciate the parties attempting to resolve discovery disputes without court intervention.  If we can agree on a new delaine – which would likely be before the court orders any production regardless - we should be able to withdraw your motion.

**James K. Schultz**,  **Attorney**
**SESSIONS, ISRAEL & SHARTLE**

Direct:  619-296-2018  Mobile:  312-504-3485
www.sessions.legal   jschultz@sessions.legal
Download V-card   Bio
4747 Morena Blvd, Suite 358,  San Diego,  CA 92117-3468
Main:  504-828-3700

_tpx__

**From:** Luxuri King <jtwain.king@gmail.com>
**Sent:** Monday, June 22, 2026 1:16 PM
**To:** James K. Schultz <jschultz@sessions.legal>
**Subject:** Re: (2:25-cv-02270-LK) – King v. AT&T Corp. et al. – Plaintiff's Proposed Orders

Mr. Schultz,

Thank you for your email and your willingness to meet now. I apologize, I continue to experience technical issues . Before I agree to schedule a call, I would like to understand the purpose of the meeting and what you hope to achieve.

To be clear, the meet and confer requirement was satisfied before I filed my motion. I made multiple documented attempts to confer with you and prior counsel Mr. Sabido and provided full notice of the submission on June 11, 2026, as required. Your office did not respond to those attempts before the deadline elapsed. Since the motion is now pending and may require you to docket your response, I fail to see the purpose of a meeting unless your clients are prepared to provide the disputed discovery. If your clients are not prepared to produce the missing discovery, there is nothing to discuss, and we should let the Court decide.If your clients are prepared to produce the disputed discovery items, please put your proposal in writing so I can review it and determine whether a call is necessary at this time.
While I remain willing to participate in a productive discussion, I will not agree to a needless meeting without knowing if your clients intend to fully cooperate otherwise, what was the point?

Please let me know as soon as possible. I remain open to a productive meeting should the need arise. However, if your clients continue to hold their position and are not prepared to produce the disputed discovery, I will assume there is no basis for a productive meeting and will await the Court's ruling on my pending motion.

Respectfully,
JT King ✨

On Mon, 22 Jun 2026 at 09:18, James K. Schultz <jschultz@sessions.legal> wrote:

> I received the below from you on Saturday, but there was nothing stated.  Do you have some time to talk about the discovery responses today?  I'd like to work this out.
>
>
> **James K. Schultz**,  **Attorney**
> **SESSIONS, ISRAEL & SHARTLE**
>
> Direct:  619-296-2018   Mobile:  312-504-3485
> www.sessions.legal   jschultz@sessions.legal
> Download V-card   Bio
> 4747 Morena Blvd, Suite 358,  San Diego,  CA 92117-3468
> Main:  504-828-3700
>
>
> __tpx__
>
> _____
>
> **From:** Luxuri King <jtwain.king@gmail.com>
> **Sent:** Saturday, June 20, 2026 12:31 PM
> **To:** James K. Schultz <jschultz@sessions.legal>
> **Subject:** RE: (2:25-cv-02270-LK) – King v. AT&T Corp. et al. – Plaintiff's Proposed Orders
>
>
> --
>
> Respectfully,
> JT King ✨
>

--

Respectfully,
JT King✨


--
Respectfully,
JT King✨